JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY PARKS II, <br><br> Plaintiff, <br><br> vs. <br><br> SUNSTATE EQUIPMENT CO., and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. CV 10-2754 RGK (AGRx) <br><br> Hon. R. Gary Klausner <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the Stipulation of Dismissal with prejudice signed by all parties, hereby orders that this case is dismissed with prejudice in its entirety.

**ORDER**

IT IS SO ORDERED.

Dated: November 30, 2010

_____
Honorable R. Gary Klausner